No. 99–343. WATER WORKS AND SEWER BOARD OF THE CITY OF BIRMINGHAM *v.* DEPARTMENT OF THE ARMY, CORPS OF ENGI-

NEERS, ET AL. C. A. 11th Cir. Certiorari denied.